## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**SAMMY EUBRY,**                                                                 **PLAINTIFF**
**ADC #124346**

**V.**                              **CASE NO. 3:19-CV-259-DPM-BD**

**JESSICA MOSSLANDER,** *et al.*                                    **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Chief Judge

D.P. Marshall Jr. Mr. Eubry may file written objections to this Recommendation if he

disagrees with its findings or conclusions. If objections are filed, they should be specific

and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk

within 14 days of this Recommendation. And, if no objections are filed, Judge Marshall

can adopt this Recommendation without independently reviewing the record. By not

objecting, Mr. Eubry may waive any right to appeal questions of fact.

**II.**      **Discussion:**

Sammy Eubry, an inmate at the Greene County Detention Facility, filed this civil

rights lawsuit without the help of a lawyer. (Docket entry #2) Because Mr. Eubry did not

file a complete *in forma pauperis* (IFP) application or pay the filing fee, the Court

ordered him to do one or the other within thirty days of September 24, 2019. (#3) The

Court specifically cautioned Mr. Eubry that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed. (#3)

As of this date, Mr. Eubry has neither filed a complete IFP application nor paid the filing fee, as ordered. The time to do so has expired.

## III.    Conclusion:

The Court recommends that Mr. Eubry's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 24, 2019 Order and his failure to prosecute this lawsuit.

DATED this 31st day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE