# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMMY EUBRY
ADC #124346                                                              PLAINTIFF

v.                        No. 3:19-cv-259-DPM

JESSICA MOSSLANDER, Deputy,
Greene County Sheriff Department;
BAILEY HARRIS, Sergeant, Greene
County Detention; and BRENT COX,
Administrator, Greene County Detention                                  DEFENDANTS

## ORDER

Eubry hasn't responded to the pending recommendation; instead, his mail is now being returned undelivered. № 5. The Court adopts Magistrate Judge Deere's unopposed recommendation, № 4. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Eubry's complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2019