IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMMY EUBRY
ADC #124346                                                              PLAINTIFF

v.                          No. 3:19-cv-259-DPM

JESSICA MOSSLANDER, Deputy,
Greene County Sheriff Department;
BAILEY HARRIS, Sergeant, Greene
County Detention; and BRENT COX,
Administrator, Greene County Detention                                   DEFENDANTS

## JUDGMENT

Eubry's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2019